IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| YYZ, LLC, a Pennsylvania limited liability company,<br>                Plaintiff,<br><br>                v.<br><br>SOFTWARE AG, INC., a Delaware corporation, and SOFTWARE AG, a German corporation,<br><br>                Defendants. | Civil Action No.<br><br>**DEMAND FOR JURY TRIAL** |

## COMPLAINT

Plaintiff YYZ, LLC ("YYZ"), for its Complaint against Defendants Software AG and Software AG, Inc., hereby alleges as follows:

### The Parties

1. Plaintiff YYZ is a limited liability company duly organized and existing under the laws of the Commonwealth of Pennsylvania, having its principal place of business in Glen Mills, PA.

2. Defendant Software AG is a German corporation, having its principal place of business in Darmstadt, Germany. On information and belief, Software AG conducts business throughout the United States, including in this judicial district, personally and through its wholly owned subsidiary Software AG, Inc.

3. Defendant Software AG, Inc. is a corporation organized and existing under the laws of Delaware, with its principal place of business in Reston, Virginia. On information and belief, Software AG, Inc. is a wholly owned subsidiary of Software AG.

### Nature of the Action

4. This is a civil action for the infringement of United States Patent No. 8,046,747 ("the '747 Patent") (attached as Exhibit A) under the Patent Laws of the United States 35 U.S.C. § 1 *et seq.*

### Jurisdiction and Venue

5. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the patent laws of the United States, including 35 U.S.C. § 271 et seq.

6. This Court has personal jurisdiction over Defendants because, among other things, Defendant Software AG, Inc. is incorporated in Delaware and Defendants have done business in Delaware. On information and belief, Defendants have committed and/or participated in the commission of patent infringement in Delaware and elsewhere in the United States, and have harmed and continue to harm YYZ in Delaware.

7. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391 and 1400(b).

### The Patent-in-Suit

8. On October 25, 2011, the '747 Patent, titled "Apparatus and Systems for Measuring, Monitoring, Tracking and Simulating Enterprise Communications and Processes," was duly and legally issued by the United States Patent and Trademark Office. YYZ is the assignee of all rights, title, and interest in the '747 Patent, and it possesses all rights to sue and recover for any current or past infringement of the '747 Patent.

9. The '747 Patent claims apparatuses and methods for simulating business processes in an asynchronous messaging environment.

10. YYZ is the assignee of all rights, title, and interest in the '747 Patent, and possesses all rights to sue and recover for any current or past infringement of the '747 Patent.

### Count 1

**Infringement of U.S. Patent No. 8,046,747**

11. Paragraphs 1-10 are incorporated by reference as if fully restated herein.

12. Defendants have infringed, and continue to infringe, the '747 Patent under 35 U.S.C. § 271, either literally and/or under the doctrine of equivalents, by making, using, offering for sale, selling, and/or importing products that contain or incorporate business process simulation functionalities as claimed in the '747 Patent ("'747 Infringing Products"), including at least the webMethods Business Process Management Suit, ARIS Business Simulator, and ARIS Design Platform.

13. YYZ has been and continues to be damaged by Defendants' infringement of the '747 Patent.

### Prayer for Relief

Wherefore, Plaintiff YYZ respectfully requests that this Court enter judgment against Defendants Software AG and Software AG, Inc. as follows:

a) adjudging that the Defendants have infringed, literally or under the doctrine of equivalents, U.S. Patent No. 8,046,747;

b) awarding YYZ the damages to which it is entitled under 35 U.S.C. § 284 for Defendant's past infringement and any continuing or future infringement up until the date Defendants are finally and permanently enjoined from further infringement, and ordering a full accounting of same;

c) awarding YYZ pre-judgment and post-judgment interest on its damages; and

d) awarding YYZ such other and further relief in law or equity that the Court deems just and proper.

//

//

### Demand for Jury Trial

YYZ hereby demands a trial by jury on all claims and issues so triable.

Dated: February 10, 2012

FARNAN LLP

/s/Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
919 North Market Street
12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com

*Counsel for Plaintiff*

Of Counsel:

Bradford J. Black
Peter H. Chang
Andrew G. Hamill
BLACK CHANG & HAMILL LLP
333 Bush Street, Suite 2250
San Francisco, CA 94104
(415) 813-6210
(415) 813-6222
bblack@bchllp.com
pchang@bchllp.com
ahamill@bchllp.com

Joseph E. Chovanes, Esquire
5 Great Valley Parkway, Ste. 329
Malvern, PA 19355
jchovanes@chovanes.com
(610) 648-3994